IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE J. KINNETT/SPENCER, ) | CASE NO. 4:06CV3215 |
| Plaintiff, ) | |
| ) | MEMORANDUM |
| v. ) | AND ORDER |
| RANDY KOHL, SCOTT GLEIM, and ) GEORGIA OEHLERT, ) | |
| Defendants. ) | |

The matter before the Court is the Motion for Summary Judgment (Filing No. 29), filed by the Defendants Scott Gleim and Georgia Oehlert. On June 19, 2007, this Court entered a Memorandum and Order (Filing No. 28), granting summary judgment in favor of Dr. Randy Kohl ("Dr. Kohl"), and dismissing all claims against him. In that Memorandum and Order, I stated that "I do not see how the arguments presented by Dr. Kohl differ from those available to the remaining Defendants. However, I note that the remaining Defendants have not moved for the action against them to be dismissed, and consequently, Kinnett/Spencer's Complaint against them will remain." (Filing No. 28, p. 8). The current motion asks that the Complaint be dismissed with regard to the two remaining Defendants, and presents the same arguments Dr. Kohl presented in his motion. For the reasons stated in my previous Memorandum and Order, dated June 19, 2007, I find that the Defendants' motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for Summary Judgment (Filing No. 29) is granted;

2. The Amended Complaint (Filing No. 1, amended by Text Order at Filing No. 17) is dismissed with prejudice as to all remaining Defendants; and

3. A separate Judgment will be entered.

DATED this 17th day of July, 2007.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge