IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JACQUELINE J. KINNETT/SPENCER,** | ) | **CASE NO. 4:06CV3215** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **SCOTT GLEIM, and** **GORGIA OEHLERT,** | ) | |
| **Defendants.** | ) | |

The plaintiff has filed a second motion for reconsideration. (Filing No. 37.) Judgment was entered against the plaintiff on July 17, 2007. The plaintiff's first motion for reconsideration, (Filing No. 35), was denied on August 13, 2007. (Filing No. 36.) The plaintiff's second motion for reconsideration raises no new issues warranting reconsideration of the court's prior memorandum and order or its entry of judgment.

IT IS ORDERED:

Plaintiff's motion for reconsideration, (Filing No. 37), is denied.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge